# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sullivan, Emmet G. | U.S. District Court for the District of Columbia | 08/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

333 Constitution Ave., NW
Washington, DC 20001

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Abramson Scholarship Foundation | Director |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | D.C. Government (defined benefit pension plan) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Pension (D.C. Government) | $67,983.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo | Equity Line / Rental Property, Washington, DC | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Wells Fargo (cash accounts) | A | Interest | M | T | | | | | |
| 3. Rental Property I Income (Washington, DC) | E | Rent | O | S | | | | | |
| 4. Rental Property II Income (Washington, DC) | F | Rent | P1 | S | | | | | |
| 5. Brokerage Account #1 (H) | | | | | | | | | |
| 6. Dreyfus Govt Cash Mgmt (cash) | A | Interest | J | T | | | | | |
| 7. Abbott Laboratories (ABT) | A | Dividend | J | T | Buy (add'l) | 09/05/19 | J | | |
| 8. Adidas AG Spons ADR (ADDYY) | A | Dividend | J | T | | | | | |
| 9. Adobe Inc (ADOBE) | | None | J | T | Buy | 02/28/19 | J | | |
| 10. Alibaba Group Holding Ltd Spons Ads Repstg 8 Ord Shs (BABA) | | None | J | T | Buy | 11/18/19 | J | | |
| 11. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 12. Alphabet Inc. C1 A (GOOGL) | | None | J | T | | | | | |
| 13. Amazon.com Inc (AMZN) | | None | K | T | | | | | |
| 14. Apple Inc. (AAPL) | A | Dividend | K | T | | | | | |
| 15. Blackstone Group Inc Cl A (BX) | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 16. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 17. | | | | | Buy (add'l) | 11/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Carmax Inc (KMX) | | None | J | T | Buy | 09/03/19 | J | | |
| 19. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 20. CDW Corp (CDW) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 21. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 22. Comcast Corp Cl A New (CMCSA) | A | Dividend | J | T | Buy | 09/03/19 | J | | |
| 23. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 24. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 25. Costco Wholesale Corp (COST) | A | Dividend | K | T | | | | | |
| 26. D R Horton Inc (DHI) | A | Dividend | J | T | Buy | 08/19/19 | J | | |
| 27. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 28. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 29. Ferrari NV New (RACE) | | None | J | T | Buy | 11/18/19 | J | | |
| 30. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 31. JPMorgan Chase & Company (JPM) | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 32. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 33. L3Harris Technologies Inc (LHX) | A | Dividend | J | T | Buy | 02/28/19 | J | | |
| 34. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LAM Research Corp (LRCX) | | None | J | T | Buy | 11/18/19 | J | | |
| 36. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 37. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 38. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 39. Northrop Grumman Corp (NOC) | A | Dividend | J | T | Buy | 09/03/19 | J | | |
| 40. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 41. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 42. Paypal Holdings Inc (PYPL) | | None | J | T | Buy | 11/20/19 | J | | |
| 43. Starbucks Corp (SBUX) | A | Dividend | J | T | Buy | 09/03/19 | J | | |
| 44. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 45. Texas Instruments Inc (TXN) | A | Dividend | J | T | Buy | 09/03/19 | J | | |
| 46. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 47. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 48. Thermo Fisher Scientific Inc (TMO) | | None | J | T | Buy | 11/18/19 | J | | |
| 49. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 50. United Rentals Inc (URI) | | None | J | T | Buy | 11/18/19 | J | | |
| 51. | | | | | Buy (add'l) | 11/20/19 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. United Healthcare Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 53. Visa Inc Class A (V) | A | Dividend | J | T | | | | | |
| 54. Walt Disney Co (DIS) | A | Dividend | J | T | Sold | 02/28/19 | J | | |
| 55. | | | | | Buy | 08/06/19 | J | | |
| 56. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 57. Waste Management Inc Del (WM) | A | Dividend | J | T | Buy | 09/03/19 | J | | |
| 58. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 59. Zebra Technologies Corp Cl A (ZBRA) | | None | J | T | Buy | 11/20/19 | J | | |
| 60. Zoetis Inc Cl A (ZTS) | A | Dividend | J | T | Buy | 05/17/19 | J | | |
| 61. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 62. iShares Russell 1000 Value ETF (IWD) | A | Dividend | J | T | | | | | |
| 63. iShares Russell 1000 Growth ETF (IWF) | A | Dividend | J | T | | | | | |
| 64. JPMorgan Mid Cap Value Cl I (JMVSX) | A | Dividend | J | T | | | | | |
| 65. T Rowe Price Growth Stock (PRGFX) | A | Dividend | J | T | | | | | |
| 66. AB Global Bond Advisor (ANAYX) | A | Dividend | | | Sold | 06/06/19 | J | A | |
| 67. MFS Intl Value Cl I (MINIX) | | None | | | Sold | 05/17/19 | J | B | |
| 68. LPL Financial Holdings Inc (LPLA) | A | Dividend | | | Buy | 06/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold | 08/16/19 | J | | |
| 70. Deleware Value Instl Cl (DDVIX) | A | Dividend | | | Sold | 08/06/19 | J | B | |
| 71. Invesco Oppenheimer Intl Small-mid Cl Y (OSMYX) (Frmly Oppenheimer) | | None | | | Sold | 08/19/19 | J | A | |
| 72. Aurora Cannabis Inc (ACB) | | None | | | Buy | 05/23/19 | J | | |
| 73. | | | | | Sold | 09/16/19 | J | | |
| 74. Union Pacific Corp (UNP) | A | Dividend | | | Buy | 05/17/19 | J | | |
| 75. | | | | | Sold | 10/09/19 | J | | |
| 76. Automatic Data Processing Inc (ADP) | A | Dividend | | | Buy | 09/03/19 | J | | |
| 77. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 78. | | | | | Sold | 11/20/19 | J | | |
| 79. Merk & Company Inc (MRK) | A | Dividend | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 80. | | | | | Sold | 11/20/19 | J | A | |
| 81. Nextera Energy Inc (NEE) | A | Dividend | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 82. | | | | | Sold | 11/20/19 | J | B | |
| 83. IRA Account #1 (H) | | | | | | | | | |
| 84. Janney Sweep Account (cash) | A | Interest | J | T | | | | | |
| 85. Abbott Laboratories (ABT) | A | Dividend | J | T | Buy | 03/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Adobe Inc (ADBE) | | None | J | T | Buy | 03/15/19 | J | | |
| 87. | | | | | Sold (part) | 12/19/19 | J | A | |
| 88.  Alphabet Inc Cl A (GOOGL) | | None | J | T | Buy | 03/15/19 | J | | |
| 89.  Amazon.com Inc (AMZN) | | None | J | T | Buy | 03/15/19 | J | | |
| 90.  Apple Inc (AAPL) | A | Dividend | J | T | Buy | 03/15/19 | J | | |
| 91. | | | | | Sold (part) | 12/19/19 | J | B | |
| 92.  Costco Wholesale Corp (COST) | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 93.  D R Horton Inc (DHI) | A | Dividend | J | T | Buy | 08/19/19 | J | | |
| 94.  L3Harris Technologies Inc (LHX) | A | Dividend | J | T | Buy | 03/15/19 | J | | |
| 95. | | | | | Sold (part) | 12/19/19 | J | A | |
| 96.  Microsoft Corp (MSFT) | A | Dividend | J | T | Buy | 03/15/19 | J | | |
| 97. | | | | | Sold (part) | 12/19/19 | J | A | |
| 98.  United Rentals Inc (URI) | | None | J | T | Buy | 11/11/19 | J | | |
| 99. | | | | | Buy (add'l) | 11/13/19 | J | | |
| 100. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 101.  Unitedhealth Group Inc (UNH) | A | Dividend | J | T | Buy | 03/15/19 | J | | |
| 102. | | | | | Sold (part) | 04/12/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/17/19 | J | | |
| 104. Visa Inc Cl A (V) | A | Dividend | J | T | Buy | 03/15/19 | J | | |
| 105. | | | | | Sold (part) | 12/19/19 | J | A | |
| 106. Zoetis Inc Cl A (ZTS) | A | Dividend | J | T | Buy | 03/15/19 | J | | |
| 107. | | | | | Sold (part) | 12/19/19 | J | A | |
| 108. First Trust Large Cap Core Alphadex ETF (FEX) | B | Dividend | L | T | Buy | 03/15/19 | L | | |
| 109. | | | | | Sold (part) | 12/19/19 | K | A | |
| 110. IShares Russell Mid Cap ETF (IWR) | A | Dividend | K | T | Buy | 03/15/19 | K | | |
| 111. Vanguard S&P 500 Index ETF (VOO) | B | Dividend | L | T | Buy | 03/15/19 | L | | |
| 112. | | | | | Sold (part) | 06/21/19 | J | A | |
| 113. | | | | | Sold (part) | 12/19/19 | J | A | |
| 114. PGIM Total Return Bond Cl Z (PDBZX) | B | Dividend | K | T | Buy | 03/15/19 | K | | |
| 115. PGIM Absolute Return Bond Cl Z (PADZX) | B | Dividend | K | T | Buy | 03/15/19 | K | | |
| 116. Putnam Short Duration Income CL Y (PSDYX) | A | Dividend | K | T | Buy | 03/15/19 | K | | |
| 117. Merck & Company Inc New (MRK) | | None | | | Buy | 03/15/19 | J | | |
| 118. | | | | | Sold (part) | 04/17/19 | J | | |
| 119. | | | | | Sold | 04/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Delaware Emerging Markets Instl Cl (DEMIX) | | None | | | Buy | 03/15/19 | J | | |
| 121. | | | | | Sold | 05/31/19 | J | | |
| 122. Union Pacific Group (UNP) | A | Dividend | | | Buy | 04/17/19 | J | | |
| 123. | | | | | Buy (add'l) | 04/24/19 | J | | |
| 124. | | | | | Sold | 10/08/19 | J | | |
| 125. Nextera Energy Inc (NEE) | A | Dividend | | | Buy | 03/15/19 | J | | |
| 126. | | | | | Sold (part) | 11/11/19 | J | A | |
| 127. | | | | | Sold (part) | 11/13/19 | J | A | |
| 128. | | | | | Sold | 11/20/19 | J | A | |
| 129. LPL Financial Holdings Inc (LPLA) | | None | | | Buy | 06/06/19 | J | | |
| 130. | | | | | Buy (add'l) | 06/12/19 | J | | |
| 131. | | | | | Sold | 08/08/19 | J | | |
| 132. Prudential Premier Retirement Variable Annuity (H) | | | | | | | | | |
| 133. AST T Rowe Price Asset Allocation | | None | | | Redeemed | 03/13/19 | K | | |
| 134. AST Prudential Growth Allocation | | None | | | Redeemed | 03/13/19 | M | | |
| 135. AST Advanced Strategies Portfolio | | None | | | Redeemed | 03/13/19 | K | | |
| 136. AST Investment Grade Bond | | None | | | Redeemed | 03/13/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IRA Account #2 (H) | | | | | | | | | |
| 138. First Trust Nasdaq Bank ETF (FTXO) | A | Dividend | J | T | Sold (part) | 03/29/19 | J | | |
| 139. First Trust Horizon Managed Volatility Dev Intl ETF (HDMV) | A | Dividend | J | T | Buy | 07/01/19 | J | | |
| 140. First Trust Cap Strength ETF (FTCS) | A | Dividend | J | T | Buy | 01/03/19 | J | | |
| 141. First Trust Consumer Discretionary Alphadex ETF (FXD) | A | Dividend | J | T | Buy (add'l) | 10/01/19 | J | | |
| 142. First Trust Emerging Markets Alphadex (FEM) | A | Dividend | J | T | Buy (add'l) | 03/29/19 | J | | |
| 143. First Trust Europe Alphadex ETF (FEP) | A | Dividend | J | T | Sold (part) | 07/01/19 | J | A | |
| 144. First Trust Large Cap Value Opportunity ETF (FTA) | A | Dividend | J | T | Sold (part) | 03/29/19 | J | A | |
| 145. | | | | | Sold (part) | 07/01/19 | J | A | |
| 146. First Trust Large Cap Growth Opportunity (FTC) | A | Dividend | K | T | Buy (add'l) | 07/01/19 | K | | |
| 147. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 148. First Trust Mid Cap Growth Alphadex ETF (FNY) | A | Dividend | J | T | Buy | 07/01/19 | J | | |
| 149. First Trust NYSE Arca Bio Tech Index (FBT) | | None | J | T | Buy (add'l) | 10/01/19 | J | | |
| 150. First Trust Technology Alphadex (FXL) | A | Dividend | J | T | Buy (add'l) | 03/29/19 | J | | |
| 151. | | | | | Sold (part) | 07/01/19 | J | A | |
| 152. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 153. First Trust Value Line Dividend Index ETF (FVD) | A | Dividend | J | T | Buy | 01/03/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 155. AB Global Bond Advisor (ANAYX) | A | Dividend | J | T | Sold (part) | 12/19/19 | J | A | |
| 156. PGIM Total Return Bond Cl Z (PDBZX) | B | Dividend | J | T | Sold (part) | 01/03/19 | J | | |
| 157. | | | | | Sold (part) | 12/19/19 | J | | |
| 158. First Trust US Equity Opportunity Fund (FPX) | | None | | | Sold | 01/03/19 | J | A | |
| 159. First Trust Energy Alphadex ETF (FXN) | | None | | | Sold | 01/03/19 | J | | |
| 160. First Trust Mid Cap Core Alphadex (FNX) | A | Dividend | | | Sold | 07/01/19 | J | A | |
| 161. First Trust Dow 30 Equal Weight ETF (EDOW) | A | Dividend | | | Buy | 07/01/19 | J | | |
| 162. | | | | | Sold | 10/01/19 | J | | |
| 163. First Trust Healthcare Alphadex ETF (FXH) | | None | | | Buy | 03/29/19 | J | | |
| 164. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 165. | | | | | Sold | 10/01/19 | J | | |
| 166. First Trust Small Cap Core Alphadex (FYX) | A | Dividend | | | Sold | 10/01/19 | J | | |
| 167. First Trust Cloud Computing Index ETF (SKYY) | A | Dividend | | | Sold | 10/01/19 | J | A | |
| 168. First Trust Japan Alphadex ETF (FJP) | A | Dividend | | | Sold (part) | 03/29/19 | J | A | |
| 169. | | | | | Sold | 07/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Emmet G.** | 08/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2: One-third interest Rental Property #1 (Washington, DC) - the assessed total value is $592,000.00

Part VII, line 3: One-half interest in Rental Property #2 (Washington, DC) - the assessed total value is $1,446,000.00

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Emmet G. Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544